UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA FITZGERALD, an individual, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS POLLARD et al.,<br><br>Defendants. | Case No.: 20cv848 JM(NLS)<br><br>**ORDER STAYING MOTIONS OR DISCOVERY ON QUESTION OF CLASS CERTIFICATION** |

In light of the Defendant's pending Rule 23(f) petition to the Ninth Circuit Court of Appeals, the court finds that it would be in the interests of judicial economy, all Parties involved, and the public, to **STAY** the filing any motions or discovery pertaining to the question of class certification or the issuance of the class notice.  The stay will not only avoid the costs associated with dissemination of the notice, but it will also avoid the risk of confusing putative class members should they receive two conflicting class notices.  *See e.g., Brown v. Wal-Mart Stores, Inc*., No. 5:09-CV-03339-EJD, 2012 WL 5818300, at *4-5 (N.D. Cal. Nov. 15, 2012); *In re Apple & ATTM Antitrust Litig*. No. C 07-05152 JW, 2010 WL 11489069, at *3 (N.D. Cal. Sept. 15, 2020).  *See also* Fed. R. Civ. P 23(f) ("An appeal [under Rule 23(f)] does not stay proceedings in the district court unless the district judge or the court of appeals so orders.").

In the meantime, the Parties may continue to litigate Plaintiff's individual claims, thereby mitigating any possible prejudice the temporary stay may cause.

IT IS SO ORDERED.

Dated: March 24, 2023

Hon. Jeffrey T. Miller
United States District Judge